# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BEST CHIROPRACTIC SERVICES LLC and KELLEY BEST,** : | |
| Plaintiffs : | CIVIL ACTION NO. 3:21-01275 |
| v. : | (JUDGE MANNION) |
| **STATE AUTO PROPERTY & CASUALTY INSURANCE COMPANY AND STATE AUTO INSURANCE COMPANIES,** : | |
| Defendants : | |

## ORDER

In accordance with this Court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT** the Plaintiffs' motion to remand this case to state court, (Doc. 8), is **DENIED**.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

DATE: July 8, 2022
21-1275-01-ORDER